Adeline TEIXEIRA

v.

**DEPARTMENT OF EMPLOYMENT SECURITY et al.**

**No. 80–553–M.P.**

Supreme Court of Rhode Island.

Jan. 29, 1981.

Charles J. McCarthy, Providence, for plaintiff-respondent.

Joseph R. DeCiantis, Chief Legal Counsel, Board of Review, Providence, for defendants-petitioners.

ORDER

The petition for writ of certiorari is denied.